939 So.2d 99 (2006)
JESSE R. ALLEN, Appellant,
v.
STATE OF FLORIDA, Appellee.
Case No. 2D06-2834.
District Court of Appeal of Florida, Second District.
Opinion filed September 27, 2006.
PER CURIAM.
Affirmed. See State v. Matthews, 891 So. 2d 479 (Fla. 2004); Williams v. State, 734 So. 2d 1113 (Fla. 2d DCA 1999).
SALCINES, STRINGER, and SILBERMAN, JJ., Concur.
NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING MOTION AND, IF FILED, DETERMINED.